UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br><br>  Plaintiff,<br><br>  v.<br><br>PINEDA, et al.,<br><br>  Defendants. | Case No. 26-cv-05591-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Law v. Pineda*, No. 25-cv-08559-VC.

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____
SUSAN ILLSTON
United States District Judge